**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

**SEBASTIAN GORKA**,

*Plaintiff*,

v.

**BENNIE G. THOMPSON**, in his
official capacity as Chairman of the
House Select Committee to
Investigate the January 6 Attack on
the United States Capitol, e*t. al.*,

*Defendants*.

Case No.: 1:22-cv-00017

## EX PARTE MOTION TO SEAL PREVIOUSLY FILED EXHIBIT

Pursuant to Federal Rule of Civil Procedure 5.2 and Local Civil Rule 5.1(h)(1), Plaintiff Dr. Sebastian Gorka ("Dr. Gorka") respectfully moves the Court *ex parte* to permanently seal Exhibit C to Dr. Gorka's Complaint (ECF No. 1-4). This motion is supported by the accompanying declaration of counsel and the entire record and files herein.

[*continued on following page*]

Dated: January 6, 2022                    Respectfully submitted,


                                          */s/ David A. Warrington*
                                          David A. Warrington, Esq. (D.C. Bar #
                                          1616846)
                                          Dhillon Law Group, Inc.
                                          2000 Duke Street, Suite 300 Alexandria,
                                          Virginia 22314 571-400-2120
                                          dwarrington@dhillonlaw.com

                                          */s/ Michael A. Columbo*
                                          Michael A. Columbo, Esq. (D.C. Bar #
                                          476738)
                                          Dhillon Law Group Inc.
                                          177 Post Street, Suite 700 San Francisco,
                                          California 94108 415-433-1700
                                          mcolumbo@dhillonlaw.com