IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEBASTIAN GORKA,<br><br>　　　　　　*Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, e*t. al.*,<br><br>　　　　　　*Defendants*. | Case No.: 1:22-cv-00017 |

## DECLARATION OF MICHAEL A. COLUMBO

I, MICHAEL A. COLUMBO, declare as follows:

　　　　1.　　　I am a senior counsel at the law firm Dhillon Law Group Inc. ("DLG"), counsel of record for Dr. Sebastian Gorka ("Dr. Gorka"). I am a member in good standing of the State Bar of California and the District of Columbia Bar. I have personal knowledge of the facts set forth in this Declaration and could and would testify competently to such facts under oath.

　　　　2.　　　On January 4, 2022, Dr. Gorka commenced this action by filing his Complaint herein. ECF No. 1.

　　　　3.　　　Exhibit C to the Complaint is a letter from Verizon Security Subpoena Compliance to Dr. Gorka, dated December 17, 2021 ("Exhibit C"). ECF No. 1-4.

　　　　4.　　　Exhibit C contains a phone number purportedly associated with Dr. Gorka.

　　　　5.　　　Exhibit C was inadvertently publicly filed in unredacted form.

6.	If Exhibit C remains publicly filed in unredacted form, there is a significant probability that Dr. Gorka will be harassed or otherwise bothered.

7.	On January 6, 2022, my associate contacted the clerk's office for the U.S. District Court for the District of Columbia to inform the clerk's office of this error. As a result of this conversation, the clerk's office temporarily sealed Exhibit C for twenty-four (24) hours, but directed that Dr. Gorka file a motion to permanently seal Exhibit C.

Executed on January 6, 2022 at San Francisco, California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ *Michael A. Columbo*
Michael A. Columbo