IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEBASTIAN GORKA**,<br><br>*Plaintiff*,<br><br>v.<br><br>**BENNIE G. THOMPSON**, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, e*t. al.*,<br><br>*Defendants*. | Case No.: 1:22-cv-00017-RDM |

## PROOF OF SERVICE

I, Michael A. Columbo, declare as follows:

1. I am over the age of eighteen and am competent to testify as to the matters herein. I am licensed to practice law in the District of Columbia and the State of California. I am one of the attorneys representing Plaintiff Dr. Sebastian Gorka ("Plaintiff") in this action. The following is based upon personal knowledge unless otherwise noted.

2. On January 21, 2024, Defendant Verizon Communications, Inc. ("Defendant Verizon"), through the Verizon Security Assistance Team, agreed to accept service of the Complaint and Summons by email or facsimile transmission, and provided me with an email address and a facsimile number by which Defendant Verizon could be served.

3. On January 22, 2022, Douglas N. Letter, Esq., counsel for Defendants Bennie G. Thompson, John Wood, Timothy J. Heaphy, and the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Defendant Select Committee") (collectively, the

"Committee Defendants"), agreed to accept service of the Complaint and Summonses on behalf of the Committee Defendants by email.

4. On January 24, 2022, I served the Committee Defendants by emailing copies of the Complaint and Summonses to Mr. Letter.

5. On January 24, 2022, I served Defendant Verizon by emailing a copy of the Complaint and Summons to the email address provided by Defendant Verizon.

I, Michael A. Columbo, declare under penalty of perjury under the laws of the United States of America that foregoing is true and correct.

Executed at San Rafael, California, January 7, 2022.

/s/ Michael A. Columbo
Michael A. Columbo, Esq.