IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEBASTIAN GORKA**, <br><br> *Plaintiff*, <br><br> v. <br><br> **BENNIE G. THOMPSON**, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, e*t. al.*, <br><br> *Defendants*. | Case No.: 1:22-cv-00017-RDM |

**PLAINTIFF SEBASTIAN GORKA'S CORRECTED STATUS REPORT AND REQUEST TO RESCHEDULE STATUS CONFERENCE**

Plaintiff Dr. Sebastian Gorka ("Plaintiff"), by and through his attorneys, Dhillon Law Group Inc., hereby submits this Corrected Status Report to the Court and requests a postponement of the status conference the Court has scheduled for Friday, January 28, 2022, to allow for the completion of service on the United States.

The Court's minute order issued on Friday, January 21, 2022, asked Plaintiff, *inter alia*, to notify the Court whether it completed service on the Defendants in this matter. Plaintiff filed its Status Report on Monday, January 24, 2022. Due to an inadvertent error, Plaintiff's Status Report stated that all Defendants had been served, but its listing of parties served only included the Committee Defendants and Defendant Verizon (as each are defined below) and its description of service efforts did not address service on the United States Attorney General and the U.S. Attorney for the District of Columbia, which in fact had not yet been completed. We regret any inconvenience this may have caused. A corrected status report is as follows:

1

1.  Plaintiff has not yet completed service on all Defendants. Service on the U.S. Attorney General and the United States Attorneys' Office for the District of Columbia has not yet been completed.

    a.  On January 21, 2024, Defendant Verizon Communications, Inc. ("Defendant Verizon"), through the Verizon Security Assistance Team, agreed to accept service of the Complaint and Summons by email or facsimile transmission, and provided the undersigned with an email address and a facsimile number by which Defendant Verizon could be served.

    b.  On January 22, 2022, Douglas N. Letter, Esq., counsel for Defendants Bennie G. Thompson, John Wood, Timothy J. Heaphy, and the Select Committee to Investigate the January 6th Attack on the United States Capitol ("Defendant Select Committee") (collectively, the "Committee Defendants"), agreed to accept service of the Complaint and Summonses on behalf of the Committee Defendants by email.

    c.  On January 24, 2022, Defendant Verizon and the Committee Defendants were respectively served with the Complaint and Summonses by email.

    d.  On January 25, 2022, Plaintiff sent, by Certified U.S. Mail, copies of the Complaint, Summons, and Plaintiff's original Status Report to the Attorney General and the U.S. Attorney's Office for the District of Columbia. (A copy of this Corrected Status Report will also be sent to the Attorney General and the U.S. Attorney's Office for the District of Columbia by U.S. mail, postage prepaid.)

2.  Defendant Verizon informed Plaintiff's counsel that it would not be producing records pertaining to Plaintiff to Defendant Select Committee until this Court issues a dispositive

ruling relating to the validity of the subpoena Defendant Select Committee issued to Defendant Verizon, which is the subject of this action.

3. Therefore, Plaintiff does not presently anticipate filing a motion for a preliminary injunction and/or temporary restraining order.

4. Because the Attorney General and the United States Attorney for the District of Columbia have not yet been served, we respectfully request that the Court reschedule the status conference presently scheduled for this Friday, January 28, 2022 at 10:30 am.

Dated: January 25, 2022                               Respectfully submitted,

*/s/ David A. Warrington*
David A. Warrington, Esq. (D.C. Bar # 1616846)
Dhillon Law Group, Inc.
2000 Duke Street, Suite 300 Alexandria, Virginia 22314 571-400-2120
dwarrington@dhillonlaw.com

*/s/ Michael A. Columbo*
Michael A. Columbo, Esq. (D.C. Bar # 476738)
Dhillon Law Group Inc.
177 Post Street, Suite 700 San Francisco, California 94108 415-433-1700
mcolumbo@dhillonlaw.com

*Counsel for Plaintiff Sebastian Gorka*

**CERTIFICATE OF SERVICE**

I certify that the foregoing was served on Defendant Verizon via email in accordance with Defendant Verizon's consent to receive service of court documents by email; upon the Committee Defendants by U.S. Mail, postage prepaid, and email; and upon the Attorney General and the U.S. Attorney's Office for the District of Columbia by U.S. mail, postage prepaid.

Dated: January 25, 2022                                  Respectfully submitted,

*/s/ David A. Warrington*
David A. Warrington, Esq. (D.C. Bar # 1616846)
Dhillon Law Group, Inc.
2000 Duke Street, Suite 300 Alexandria, Virginia 22314 571-400-2120
dwarrington@dhillonlaw.com

Michael A. Columbo, Esq. (D.C. Bar # 476738)
Dhillon Law Group Inc.
177 Post Street, Suite 700 San Francisco, California 94108 415-433-1700
mcolumbo@dhillonlaw.com

*Counsel for Plaintiff Sebastian Gorka*