IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEBASTIAN GORKA,<br><br>     *Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, *et al.*,<br><br>     *Defendants*. | Case No.: 1:22-cv-00017-RDM |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that in accordance with the Court's second January 25, 2022 minute order, copies of the docket containing the full text of both of the Court's January 25, 2022 minute orders were provided to each of the Defendants in this matter.

On January 25, 2022, copies of the same were transmitted via email to Douglas N. Letter, Esq., counsel for Defendants Bennie G. Thompson, John Wood, Timothy J. Heaphy, and the Select Committee to Investigate the January 6th Attack on the United States Capitol, and to Defendant Verizon Communications, Inc. ("Defendant Verizon"), at an email address at which Defendant Verizon previously agreed to accept service of process. The body of each of the foregoing emails contained the full text of both of the Court's January 25, 2022 minute orders.

On January 26, 2022, copies of the same were transmitted with a cover letter containing the full text of both of the Court's January 25, 2022 minute orders, to the United States Attorney for the District of Columbia by hand-delivery, and to the Attorney General of the United States

1

and Mr. Letter by U.S. mail, postage prepaid. Personal service on the Attorney General was attempted, but delivery was refused.

Dated: January 26, 2022  Respectfully submitted,

/s/ David A. Warrington
David A. Warrington, Esq.
(D.C. Bar #1616846)
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
571-400-2120
dwarrington@dhillonlaw.com

Michael A. Columbo, Esq.
(D.C. Bar #476738)
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700
mcolumbo@dhillonlaw.com

*Counsel for Plaintiff Sebastian Gorka*