IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEBASTIAN GORKA**,<br><br>              *Plaintiff*,<br><br>v.<br><br>**BENNIE G. THOMPSON**, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, *et al.*,<br><br>              *Defendants*. | Case No.: 1:22-cv-00017-RDM |

### NOTICE OF PARTIAL DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(A)

PLEASE TAKE NOTICE that Plaintiff Dr. Sebastian Gorka ("Plaintiff") hereby DISMISSES all claims asserted in his Complaint against Defendants John Wood, in his official capacity as Investigative Counsel for the Minority Members of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, and Timothy J. Heaphy, in his official capacity as Chief Investigative Counsel for the House Select Committee to Investigate the January 6 Attack on the United States Capitol. Each of Plaintiff's claims against the other

1

defendants remain in this action. This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(i).

Dated: January 31, 2022                                                Respectfully submitted,

/s/ David A. Warrington
David A. Warrington, Esq.
(D.C. Bar #1616846)
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 402
Alexandria, Virginia 22314
571-400-2120
dwarrington@dhillonlaw.com

Michael A. Columbo, Esq.
(D.C. Bar #476738)
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700
mcolumbo@dhillonlaw.com

*Counsel for Plaintiff Sebastian Gorka*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 31, 2022, all registered counsel were served with a copy of the foregoing document via the U.S. District Court, District of Columbia's CM/ECF, and a copy of the foregoing document was delivered to the Attorney General of the United States and the United States Attorney for the District of Columbia by U.S. mail, postage prepaid.

Dated: January 31, 2022

> */s/ David A. Warrington*
> David A. Warrington, Esq.
> (D.C. Bar #1616846)
> Dhillon Law Group Inc.
> 2121 Eisenhower Avenue, Suite 402
> Alexandria, Virginia 22314
> 571-400-2120
> dwarrington@dhillonlaw.com
>
> Michael A. Columbo, Esq.
> (D.C. Bar #476738)
> Dhillon Law Group Inc.
> 177 Post Street, Suite 700
> San Francisco, California 94108
> 415-433-1700
> mcolumbo@dhillonlaw.com
>
> *Counsel for Plaintiff Sebastian Gorka*