AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| Gorka ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:22-cv-00017-RDM |
| Thompson, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant VERIZON COMMUNICATIONS INC.

Date: 03/10/2022

/s/ Eliana Margo Pfeffer
*Attorney's signature*

Eliana Margo Pfeffer (D.C. Bar No. 1723571)
*Printed name and bar number*

Kellogg, Hansen, Todd, Figel, & Frederick, P.L.L.C.
1615 M Street, N.W., Suite 400
Washington, D.C. 20036
*Address*

epfeffer@kellogghansen.com
*E-mail address*

(202) 326-7900
*Telephone number*

(202) 326-7999
*FAX number*