IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SEBASTIAN GORKA,<br><br>*Plaintiff*,<br><br>v.<br><br>BENNIE G. THOMPSON, *et al.*,<br><br>*Defendants*. | Case No. 1:22-cv-00017 (RDM) |

**SECOND CONSENT MOTION TO EXTEND TIME
FOR CONGRESSIONAL DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order in Civil Cases (ECF No. 5), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Congressional Defendants"), respectfully move for a second extension of time to respond to Plaintiff's Complaint.

Plaintiff Sebastian Gorka filed his Complaint (ECF No. 4) on January 14, 2022. Pursuant to Federal Rules of Civil Procedure 12(a)(3), 6(a)(2)(C), and 6(d), the response to Plaintiff's Complaint was originally due on March 31, 2022, following service by mail of the summons and original complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 10; *see also* Fed. R. Civ. P. 6(a)(2)(C), 6(d), 12(a)(3). On March 31, 2022, the Congressional Defendants sought, and the Court granted, a 30-day extension of their time to respond. ECF No. 19; Minute Order, Mar. 31, 2022. Congressional Defendants now seek a second extension of time to respond to the Complaint, until June 1, 2022.

The Congressional Defendants continue to be actively engaged in studying the various alternatives in this and other related litigation.  In addition, the Select Committee's investigation continues to uncover new information almost daily, which requires continual adjustments and alterations in its plans and strategic approach.  Also, new information is obtained via the parallel criminal proceedings, which also affects the Select Committee's decision making on this and other cases.  Finally, given the schedules of the Select Committee Members and the press of other critical House business, additional time is required prior to responding.  There are no existing deadlines that will be affected by the granting of this motion.

Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and all parties consent to a 30-day extension.

                                        Respectfully submitted,

                                        /s/ *Douglas N. Letter*
Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
Stacie M. Fahsel (D.C. Bar. No. 1034314)
Michelle S. Kallen (D.C. Bar No. 1030497)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

*Counsel for Congressional Defendants*

April 28, 2022

## CERTIFICATE OF SERVICE

I hereby certify that on April 28, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter