IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SEBASTIAN GORKA,

        *Plaintiff*,

v.

BENNIE G. THOMPSON, et al.,

        *Defendants*.

No. 1:22-cv-00017 (RDM)

**SEVENTH CONSENT MOTION TO EXTEND TIME
FOR CONGRESSIONAL DEFENDANTS TO RESPOND**

Pursuant to Local Rule 7 and the Court's Standing Order for Civil Cases (ECF No. 5), Defendants the United States House Select Committee to Investigate the January 6th Attack on the United States Capitol, and the Honorable Bennie G. Thompson ("Congressional Defendants"), respectfully move for a seventh extension of time to respond to Plaintiff's Complaint.

Plaintiff Sebastian Gorka filed his Complaint (ECF No. 4) on January 14, 2022. Pursuant to Federal Rule of Civil Procedure 12(a)(3), 6(a)(2)(C), and 6(d), the response to Plaintiff's Complaint was originally due on March 31, 2022, following service by mail of the summons and complaint on the U.S. Attorney for the District of Columbia. *See* ECF No. 14; *see also* Fed. R. Civ. P. 6(a)(2)(C), 6(d), 12(a)(3). On March 30, 2022, the Congressional Defendants sought, and the Court granted, a 30-day extension of their time to respond. *See* ECF No. 19; Minute Order, Mar. 31, 2022 (setting new date for responsive pleading of May 2, 2022). On April 28, 2022, Congressional Defendants sought a second extension of the deadline to respond (ECF No. 21), which was granted by the Court. *See* Minute Order, Apr. 29, 2022 (setting new date for

responsive pleading of June 1, 2022). On May 17, 2022, Congressional Defendants sought a third extension of the deadline to respond (ECF No. 22), which was granted by the Court. *See* Minute Order, May 17, 2022 (setting new date for responsive pleading of July 1, 2022). On June 26, 2022, Congressional Defendants sought a fourth extension of the deadline to respond (ECF No. 23), which was also granted by the Court. *See* Minute Order, June 28, 2022 (setting new date for responsive pleading of September 1, 2022). On August 29, 2022, Congressional Defendants sought a fifth extension of the deadline to respond (ECF No. 24), which was granted by the Court. *See* Minute Order, Aug. 30, 2022 (setting new date for responsive pleading of September 8, 2022). On September 6, 2022, Congressional Defendants sought a sixth extension of the deadline to respond (ECF No. 25), which was also granted by the Court. *See* Minute Order, Sept. 7, 2022 (setting new date for responsive pleading of September 22, 2022). Congressional Defendants now seek an additional 45-day extension of their time to respond, until November 7, 2022.[1]

      The Congressional Defendants continue to study the various alternatives in this and other January 6 related litigation. And additional time is required to evaluate and consider Congressional Defendants' strategic approach. There are no existing deadlines that will be affected by the granting of this motion.

      Pursuant to Local Rule 7(m), the parties' counsel conferred about a proposed extension of time, and all parties consent to this extension.

Respectfully submitted,

/s/ *Douglas N. Letter*

---

[1] Because the last day of the 45-day period would fall on November 6, a Sunday, the Congressional Defendants' response will be due on November 7, 2022. *See* Fed. R. Civ. P. 6(a)(2)(C).

Douglas N. Letter (D.C. Bar No. 253492)
*General Counsel*
Todd B. Tatelman (VA Bar No. 66008)
Eric R. Columbus (D.C. Bar No. 487736)
OFFICE OF GENERAL COUNSEL
U.S. HOUSE OF REPRESENTATIVES
5140 O'Neill House Office Building
Washington, D.C. 20515
(202) 225-9700
Douglas.Letter@mail.house.gov

September 19, 2022                               *Counsel for Congressional Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 19, 2022, I caused the foregoing document to be filed via the CM/ECF system for the U.S. District Court for the District of Columbia, which I understand caused a copy to be served on all registered parties.

*/s/ Douglas N. Letter*
Douglas N. Letter