IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SEBASTIAN GORKA**,<br><br>      *Plaintiff*,<br><br>v.<br><br>**BENNIE G. THOMPSON**, in his official capacity as Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, *et al.*,<br><br>      *Defendants*. | Case No.: 1:22-cv-00017-RDM |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)

WHEREAS, Plaintiff Sebastian Gorka ("Plaintiff") commenced this action to seek judicial intervention regarding certain subpoenas Defendant Select Committee to Investigate the January 6th Attack on the United States Capitol (the "Committee") issued to Defendant Verizon Communications, Inc. ("Verizon") regarding Plaintiff's cell phone records; and

WHEREAS, the Committees' subpoenas to Verizon regarding Plaintiff's cell phone records have been withdrawn.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, Defendant Bennie G. Thompson, in his official capacity as the Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol, the Committee, and Verizon, that the above-captioned action, as set forth in Plaintiff's Complaint (ECF No. 1), is voluntarily dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

1

Dated: December 6, 2022

Respectfully submitted,

/s/ *Eliana M. Pfeffer*
Reid Mason Figel, Esq.
(D.C. Bar #465054)
Eliana M. Pfeffer, Esq.
(D.C. Bar #1723571)
Kellogg, Hansen, Todd, Figel & Frederick, P.L.L.C.
1615 M Street, NW
Suite 400
Washington, D.C. 20036
rfigel@kellogghansen.com
epfeffer@kellogghansen.com

*Counsel for Defendant Verizon Communications, Inc.*

/s/ *David A. Warrington*
David A. Warrington, Esq.
(D.C. Bar #1616846)
Dhillon Law Group Inc.
2121 Eisenhower Avenue, Suite 608
Alexandria, Virginia 22314
571-400-2120
dwarrington@dhillonlaw.com

Michael A. Columbo, Esq.
(D.C. Bar #476738)
Jesse Franklin-Murdock, Esq.
(D.D.C. Bar #CA00147)
Dhillon Law Group Inc.
177 Post Street, Suite 700
San Francisco, California 94108
415-433-1700
mcolumbo@dhillonlaw.com
jfranklin-murdock@dhillonlaw.com

*Counsel for Plaintiff Sebastian Gorka*

/s/ *Douglas N. Letter*
Douglas N. Letter, Esq.
(D.C. Bar #253492)
U.S. House of Representatives
Office of General Counsel
5140 O'Neill House Office Building
Washington, D.C. 20515
202-225-9700
douglas.letter@mail.house.gov

*Counsel for Defendants Bennie G. Thompson, in his official capacity as the Chairman of the House Select Committee to Investigate the January 6 Attack on the United States Capitol; and the Select Committee to Investigate the January 6th Attack on the United States Capitol*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date listed below, all registered counsel were served with a copy of the foregoing document via the U.S. District Court, District of Columbia's CM/ECF.

Dated: December 6, 2022

> */s/ David A. Warrington*
> David A. Warrington, Esq.
> (D.C. Bar #1616846)
> Dhillon Law Group Inc.
> 2121 Eisenhower Avenue, Suite 608
> Alexandria, Virginia 22314
>
> Michael A. Columbo, Esq.
> (D.C. Bar #476738)
> Jesse Franklin-Murdock, Esq.
> (D.D.C. Bar #CA00147)
> Dhillon Law Group Inc.
> 177 Post Street, Suite 700
> San Francisco, California 94108
> 415-433-1700
> mcolumbo@dhillonlaw.com
> jfranklin-murdock@dhillonlaw.com
>
> *Counsel for Plaintiff Sebastian Gorka*